

**advocates
for justice
chartered attorneys**

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/28/2023__

July 27, 2023

By ECF

Hon. Valerie E. Caproni
United States District Court
40 Foley Square
New York, NY  10007

      Re:    Biggs v. MetroPlusHealth Plan, et al.
             22 Civ. 10939 (VEC)
             Nunc Pro Tunc Request to File amended Complaint One Day Late

Dear Judge Caproni:

     Plaintiffs were either to file their Amended Complaint or Respond to the Motion to Dismiss by yesterday, July 26, 2023.

     I spent much of the day in Court and with clients on July 26 on a Preliminary Injunction applications, one of which involved the closing of a womens' shelter, and I could not file our Amended Complaint.

     I have now filed the Amended Complaint, as request permission, nunc pro tunc, to do that one day late.

     Defendant has consented.

     Thank you for your consideration.

                               Very truly yours,

                               /s/ *Arthur Z. Schwartz*

                               Arthur Z. Schwartz

cc:    All Counsel of Record (by ECF)

Application GRANTED. Plaintiff's Amended Complaint, Dkt. 22, is deemed filed *nunc pro tunc* July 26, 2023.

Defendants' motion to dismiss at docket entry 16 is DISMISSED as moot. Defendants' deadline to answer, move, or otherwise respond to the Amended Complaint is **August 21, 2023.**

SO ORDERED.

Date: 7/28/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE