```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LETITIA BIGGS, JAMELLA WASHINGTON, and JUDY WILSON,

          Plaintiffs,

-against-

METROPLUS HEALTH PLAN, INC., SIMRAN KAUR, and JANE ROE,

          Defendants.

1:22-CV-10939 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 28, 2022, Plaintiffs filed a complaint against Defendants alleging employment discrimination, *see* Dkt. 1;

      WHEREAS on July 28, 2023, Plaintiffs filed a First Amended Complaint (the "FAC"), *see* Dkt. 26-1; and

      WHEREAS on August 22, 2023, Defendants moved to dismiss the FAC (the "Motion to Dismiss"), *see* Dkt. 28;[1]

      IT IS HEREBY ORDERED that, in accordance with Rule 16 of the Federal Rules of Civil Procedure, the Initial Pretrial Conference ("IPTC") will be held on **October 20, 2023, at 10:00 a.m.**  The IPTC will be held in **Courtroom 443** of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

      1.    Pursuant to section 2.C of the Court's Individual Practices in Civil Cases, requests for adjournment of the IPTC or any other conference must be made in writing at least **48 hours** prior to the scheduled conference.  The request must state (a) the reason for the proposed

---

[1] Defendants filed their Motion to Dismiss after the Court granted multiple requests to extend their deadline to respond to the initial complaint, *see* Dkts. 11, 13, 15, 21, and after Plaintiffs' request to extend their deadline to amend the complaint *nunc pro tunc* July 26, 2023, *see* Dkt. 27.

adjournment; (b) the original date of the conference; (c) the number of previous requests for adjournment; (d) whether the other party or parties consent(s) and, if not, the reason given for refusing consent; and (e) proposed alternative dates.

2.  The parties are directed to submit a joint letter (the "Joint Letter") of no more than five pages by **October 12, 2023** addressing each of the following in separate paragraphs:

    a) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s);

    b) any contemplated motions;

    c) the basis for subject matter jurisdiction;

    d) the prospect for settlement; and

    e) whether the parties believe a Rule 16 conference would be helpful or whether they believe it is unnecessary and that their proposed Case Management Plan be so ordered.

3.  The parties are directed to consult the Undersigned's Individual Practices in Civil Cases and to confer on a Civil Case Management Plan and Scheduling Order. The Individual Practices and Civil Case Management Plan may be found on the Court's website: https://nysd.uscourts.gov/hon-valerie-e-caproni. The parties must submit the jointly proposed Plan to the Court with their Joint Letter. The deadlines proposed in the Court's form Case Management Plan are generally appropriate for most routine cases.

4.  Three days before the date of the IPTC, counsel for all parties are required to be registered as filing users in accordance with the Procedures of Electronic Case Filing and to have filed a Notice of Appearance.

5. Plaintiff's counsel, or the defendant's counsel in removed cases, is responsible for distributing copies of this Notice to all parties. If the summons and complaint have already been served (or, for removed cases, the notice of removal), counsel must distribute this Notice **within five days** and file proof of such distribution **within seven days** of this Notice's issuance. If the summons and complaint have not yet been served, Plaintiff's counsel may serve this Notice at the same time as the summons and complaint.

**SO ORDERED.**

Dated: September 27, 2023
       New York, New York

*[signature: Valerie Caproni]*

**VALERIE CAPRONI**
**United States District Judge**