

**UNITED STATED DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X

LETITIA BIGGS,                                          Civil Case No. 22-10939
JAMELLA WASHINGTON, and                                 (DEH)
JUDY WILSON,

                            Plaintiffs,                **NOTICE OF MOTION**
                                                          **TO AMEND**

        vs.

**METROPLUS HEALTH PLAN, INC.,**
**SIMRAN KAUR, and**
**JANE ROE,**

                             **Defendants.**

--------------------------------------------------------------------X

        PLEASE TAKE NOTICE that upon the annexed Declaration of Arthur Z. Schwartz, dated

October 27, 2023, and the proposed Second Amended Complaint annexed thereto, on a date to be

set by the Court, at 40 Foley Square, Courtroom 905, New York, New York, Plaintiffs shall move,

pursuant to Rule 15 of the Federal Rules of Civil Procedure, for leave to file their Second Amended

Complaint.

        Dated:  New York, New York
               October 27, 2023

Whereas Defendants have filed no opposition, Plaintiffs'                    ADVOCATES FOR JUSTICE,
application is hereby GRANTED.  Plaintiffs are directed to file            CHARTERED ATTORNEYS
the Second Amended Complaint (attached hereto as Exhibit                   *Attorneys for Plaintiffs*
A) by **November 13, 2023**.  Defendants are directed to
answer or otherwise respond to the Second Amended
Complaint by **November 27, 2023**.

                                           By:  ___/s/_ *Arthur Z. Schwartz*___
Additionally, whereas the parties' deadline to file a joint letter                    Arthur Z. Schwartz
has passed, *see* ECF No. 42, the parties are hereby directed to        225 Broadway, Suite 1902
file a joint status letter by **November 13, 2023**.                      New York, New York 10007
                                        (212) 285-1400/917-923-8136
SO ORDERED.                                                               aschwartz@afjlaw.com

                               Dale E. Ho
              United States District Judge                 The Clerk of Court is respectfully requested
              Dated: November 8, 2023                     to terminate ECF Nos. 25 and 28 as moot.
              New York, New York