UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LETITIA BIGGS, et al.,<br><br>                    Plaintiff(s),<br><br>v.<br><br>METROPLUS HEALTH PLAN INC., et al.,<br><br>                    Defendant(s). | 22-CV-10939 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On October 16, 2023, the parties filed a proposed case management plan. ECF No. 39. On October 17, 2023, the Court stayed all discovery pending resolution of Defendant's Motion to Dismiss. ECF No. 40. On October 27, 2023, the Plaintiffs filed a corrected Motion to Amend the Complaint. ECF No. 45. Whereas Defendants did not oppose, the Court granted Plaintiff's motion, and in so doing denied Defendant's Motion to Dismiss as moot. *See* ECF No. 46. On November 22, 2023, the Court granted Defendant's request to extend its deadline to respond to Plaintiffs' Second Amended Complaint to December 11, 2023. ECF Nos. 52, 53. That submission is now overdue. Accordingly, Defendant is hereby ORDERED to respond to the Second Amended Complaint by **December 14, 2023**.

SO ORDERED.

Dated: December 12, 2023
       New York, New York

_____
DALE E. HO
United States District Judge