UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LETITIA BIGGS, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> METROPLUS HEALTH PLAN, INC., et al, <br><br> Defendant(s). | 22-CV-10939 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

On December 20, 2023, the Court ordered the parties to file a joint status letter and updated case management plan by January 11, 2024. ECF No. 57. That date has passed, and the submission is overdue. Accordingly, it is hereby ORDERED that the parties shall submit a joint status letter and updated case management plan, in accordance with the Court's instructions at ECF No. 56, by **January 17, 2024**. The parties are on notice that failure to comply with the Court's Orders may result in sanctions.

Given the parties' delay, the initial pretrial conference scheduled for January 18, 2024, is hereby ADJOURNED to **January 25, 2024, at 2:30 p.m. (E.T.)**. The parties shall dial 646-453-4442, enter the meeting code 395223244, and press pound (#).

SO ORDERED.

Dated: January 12, 2024
   New York, New York

_____
DALE E. HO
United States District Judge