UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LETITIA BIGGS, et al.,<br><br>                     Plaintiffs,<br><br>     v.<br><br>METROPLUS HEALTH PLAN, et al.,<br><br>                     Defendants. | 22-CV-10939 (DEH)<br><br>**<u>ORDER</u>** |

DALE E. HO, United States District Judge:

Defendants filed a motion to compel on July 5, 2024. *See* ECF No. 67. Per the Court's Individual Rule 4(k)(iv), Plaintiffs were to respond within three business days, i.e., by July 10, 2024. On July 8, 2024, the Court reminded Plaintiffs of its July 10, 2024, deadline. *See* ECF No. 68. That date has passed, and the Court is not in receipt of Plaintiffs' submission.

Accordingly, Plaintiffs' deadline to respond to Defendants' motion is extended to **July 12, 2024**. Plaintiffs are on notice that the Court will consider Defendants' motion fully briefed if it does not receive a letter-response by then.

      SO ORDERED.

Dated: July 11, 2024
       New York, New York

                                                           DALE E. HO
                                                          United States District Judge