UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LETITIA BIGGS, et al.,

                              Plaintiffs,

                v.                                              22-CV-10939 (DEH)

METROPLUS HEALTH PLAN INC., et al.,                            ORDER

                              Defendants.

DALE E. HO, United States District Judge:

On January 18, 2024, the Court ordered the parties, *inter alia*, to (1) file a joint status letter in advance of the parties' post-discovery conference by July 18, 2024, and (2) appear before the Court to participate in a post-discovery conference on July 25, 2024. *See* ECF No. 62.

On July 5, 2024, Defendants filed a motion to compel the production of certain discovery materials and, given the circumstances, to extend the deadline to complete fact discovery from May 24, 2024, to September 24, 2024. *See* ECF No. 67.

On July 12, 2024, Plaintiffs represented that they would comply with all discovery requests raised by Defendants in their motion to compel by July 22, 2024. *See* ECF No. 70. In light of Plaintiffs' representations, the Court issued an order (1) indicating that it would defer judgment on Defendants' motion to compel and to extend the discovery deadline and (2) requiring Defendants to notify the Court in two weeks (i.e., by **July 26, 2024**) whether any issues remain in dispute. *See* ECF No. 71.

If no discovery issues remain in dispute, the parties shall jointly file a status letter by **July 31, 2024**. The parties must follow the Court's instructions at ECF No. 62 in filing this letter. The post-discovery conference scheduled to take place on July 25, 2024, is hereby

**ADJOURNED** to **August 8, 2024, at 11:00 a.m. (E.T.)**.  The parties shall dial 646-453-4442,

enter the meeting code 921208531, and press pound (#).

SO ORDERED.

Dated:  July 20, 2024
        New York, New York

_____
DALE E. HO
United States District Judge