UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LETITIA BIGGS, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>METROPLUS HEALTH PLAN INC. et al.,<br><br>　　　　　　　　　Defendants. | 22-CV-10939 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On August 2, 2024, the Court ordered the parties to file a joint status letter by August 8, 2024. *See* ECF No. 74. That date has now passed, and the Court is not in receipt of any submission by the parties. Accordingly, the parties' deadline to submit a joint status letter is **ADJOURNED** to **August 12, 2024**.

The parties are once again on notice that failure to comply with the Court's orders may result in sanctions (up to and including dismissal for Plaintiffs' failure to prosecute).

SO ORDERED.

Dated: August 9, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge