UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Letitia Biggs, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MetroPlus Health Plan, Inc., et al., <br><br> Defendant. | 22 Civ. 10939 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

The parties have failed to comply with this Court's Order directing them to submit a joint status letter one week in advance of the upcoming conference in this case on Thursday, December 5, 2024. *See* ECF No. 77. The parties are directed to submit a joint status letter by **December 3, 2024**. The parties are reminded that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Date:   December 2, 2024
        New York, New York

DALE E. HO
United States District Judge