**MEMO ENDORSED**



# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**ZACHARY T. ELLIS**
*Assistant Corporation Counsel*
Labor and Employment Law Division
(212) 356-0839
zellis@law.nyc.gov

January 3, 2025

**Via CM/ECF**
Honorable Dale E. Ho
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 905
New York, New York 10007

      Re: *Biggs*, et al. *v. MetroPlus Health Plan, Inc.*, et al.
           Civil Action No. 1:22-CV-10939-DEH
           Law Dep't File No. 2023-000330

Dear Judge Ho:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing Defendants, MetroPlus Health Plan, Inc., and Simran Kaur (collectively, "Defendants"), in the above-referenced action. I write on behalf of the parties to respectfully request that the deadline to file an application to re-open be extended by one week, from January 3, 2025, to January 10, 2025. The reason for this request is that the parties require some additional time to finalize the terms of the settlement agreement.

      I thank the Court for its consideration of this request.

                          Respectfully submitted,

                          /s/
                          ZACHARY T. ELLIS
                          Assistant Corporation Counsel

CC:    All counsel of record (via ECF)

Application **GRANTED**. The deadline for parties to file an application to re-open this matter shall be extended to **January 10, 2025**. No further extensions shall be granted absent a showing of good cause. SO ORDERED. The Clerk of Court is respectfully directed to terminate ECF No. 85.

Dated: January 8, 2025
New York, New York

*Dale E. Ho*
United States District Judge