


**Arthur Z. Schwartz**
Principal Attorney
aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

January 13, 2025

*The Court is in receipt of Plaintiff's letter. Defendant is directed to respond, in a letter not to exceed one page, by January 21, 2025.*

*SO ORDERED.*

*Dale E. Ho*
*United States District Judge*
*Dated: January 14, 2025*
*New York, New York*

By ECF

Hon. Dale E. Ho
United States District Court
500 Pearl Street
New York, NY  10007

      Re:    Biggs v. MetroPlusHealth Plan, et al.
             22 Civ. 10939 (DEH)
             <u>Motion To Enter Order Reflecting the Terms of the Settlement</u>

Dear Judge Ho.:

      I wrote to the Court on December 3, 2024 that a settlement had been reached. Two deadlines set by the Court for the submission of a settlement agreement have come and gone. The second date was reflected in a letter from Counsel to the Defendant,

      This case has seen long periods of silence from the Defendants about settlement and it seems that we are at one again. We are submitting an Order which we believe reflects the agreement in full. We ask that the Court enter the Order, perhaps giving Defendants until the end of this wee to submit any objections. My clients are looking to put an end to a difficult period in their lives, and the City just won't cooperate.

      Thank you for your consideration.

                            Respectfully submitted,

                            /s/ *Arthur Z. Schwartz*

                            Arthur Z. Schwartz

cc:    All Counsel of Record (by ECF)