SO ORDERED.

Dale E. Ho
United States District Judge
Dated: April 24, 2025
New York, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
LETITIA BIGGS, JAMELLA WASHINGTON, and JUDY WILSON,

                               Plaintiffs,

        -against-

METROPLUS HEALTH PLAN, INC., SIMRAN KAUR, and JANE ROE,[1]

                              Defendants.
------------------------------------------------------------------- x

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Case No. 1:22-CV-10939-DEH

IT IS HEREBY STIPULATED AND AGREED, by and between the parties as represented below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims against Defendant, Simran Kaur, are hereby dismissed, with prejudice, and without any costs, fees, or disbursements to any party.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts and that faxed or electronic signatures shall be deemed original signatures.

Dated: New York, New York
        January 30, 2025

**ARTHUR Z. SCHWARTZ**
Advocates for Justice, Chartered Attorneys
*Counsel for Plaintiffs*
225 Broadway, Suite 1902
New York, New York 10007
(212) 285-1400
aschwartz@advocatesny.com

By: _____
    Arthur Z. Schwartz

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the City of New York
*Counsel for Defendants*
100 Church Street, Room 2-104
New York, New York 10007
(212) 356-0839
zellis@law.nyc.gov

By: _____
    Zachary T. Ellis       3/28/25
    Assistant Corporation Counsel

---

[1] Defendant Jane Roe is an unserved and unnamed "John Doe" defendant, and no appearance has been entered on behalf of Defendant Roe in this case.