SO ORDERED.

Dale E. Ho
United States District Judge
Dated: April 24, 2025
New York, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
LETITIA BIGGS, JAMELLA WASHINGTON, and
JUDY WILSON,

                                  Plaintiffs,

-against-

METROPLUS HEALTH PLAN, INC., SIMRAN KAUR,
and JANE ROE,[1]

                                  Defendants.
-------------------------------------------------------------------- x

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Case No. 1:22-CV-10939-DEH

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties as represented below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby withdrawn, discontinued, and dismissed, with prejudice, and without any costs, fees, or disbursements to any party.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and that faxed or electronic signatures shall be deemed original signatures.

Dated: New York, New York
        January 30, 2025

| | |
|---|---|
| **ARTHUR Z. SCHWARTZ** | **MURIEL GOODE-TRUFANT** |
| Advocates for Justice, Chartered Attorneys | Corporation Counsel of the City of New York |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |
| 225 Broadway, Suite 1902 | 100 Church Street, Room 2-104 |
| New York, New York 10007 | New York, New York 10007 |
| (212) 285-1400 | (212) 356-0839 |
| aschwartz@advocatesny.com | zellis@law.nyc.gov |
| By: /s/ Arthur Z. Schwartz | By: /s/ Zachary T. Ellis  3/28/25 |
| Arthur Z. Schwartz | Zachary T. Ellis |
| | Assistant Corporation Counsel |

---

[1] Defendant Jane Roe is an unserved and unnamed "John Doe" defendant, and no appearance has been entered on behalf of Defendant Roe in this case.